JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JONES, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>COUNTY OF RIVERSIDE, *et al.*, <br><br>    Defendants. | NO. EDCV-09-1561-RHW <br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulation for Dismissal (ECF No. 49). The parties indicate that they have reached a settlement and ask that the above-captioned case be dismissed with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal (ECF No. 49) is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without fees or costs to any party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and close file.

**DATED** this 19th day of March, 2012.

                      *s/Robert H. Whaley*
                      ROBERT H. WHALEY
                      United States District Judge

C:\Tmp\Domino Web Access\dismiss2.wpd

**ORDER DISMISSING CASE ~ 1**